# Exhibit B



Case 3:10-cv-30203-DPW   Document 1-2   Filed 06/28/10   Page 3 of 3